IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JANET MALOUF                         :              CIVIL ACTION

          v.                         :              NO. 5:24CV2435

KUTZTOWN UNIVERSITY
                                     :

## **MOTION AND ORDER**

AND NOW, this 18th day of February 2025, the Court having received an email from all parties to cancel the settlement conference on February 27, 2025, it's ORDERED that the request is treated as a motion, and upon consideration the motion is GRANTED.

BY THE COURT:

/s/ Craig M. Straw

_____
CRAIG M. STRAW
UNITED STATES MAGISTRATE JUDGE